UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 3:23-CV-826 |
| | § | |
| v. | § | |
| | § | |
| ZTAR MOBILE, INC. AND | § | |
| KEVIN T. HADDAD, | § | **Jury Trial Demanded** |
| | § | |
| *Defendants.* | § | |

### DEFENDANTS' ORIGINAL ANSWER AND JURY DEMAND

COMES NOW Defendants Ztar Mobile, Inc. and Kevin T. Haddad ("Defendants") and files their Original Answer to Plaintiff Bank of America, N.A.'s ("Plaintiff") First Amended Complaint as follows:

### PARTIES

1. As to paragraph 1 of the First Amended Complaint, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations.

2. As to paragraph 2 of the First Amended Complaint, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations.

3. Paragraph 3 of the First Amended Complaint is admitted.

4. Paragraph 4 of the First Amended Complaint is admitted.

5. Paragraph 5 of the First Amended Complaint is admitted.

6. Paragraph 6 of the First Amended Complaint is admitted.

## JURISDICTION AND VENUE

7. Paragraph 7 of the First Amended Complaint is admitted.

8. Paragraph 8 of the First Amended Complaint is admitted.

9. Paragraph 9 of the First Amended Complaint is admitted.

10. As to paragraph 10 of the First Amended Complaint, Defendants admit venue is proper.

## FACTUAL BACKGROUND

11. As to paragraph 11 of the First Amended Complaint, Defendants admit the documents were signed and that the documents say what they say.

12. Paragraph 12 of the First Amended Complaint is admitted.

13. As to paragraph 13, of the First Amended Complaint, Defendants admit the documents were signed and that the documents say what they say.

14. As to paragraph 14 of the First Amended Complaint, Defendants admit that Plaintiff has defined certain terms.

15. As to paragraph 15 of the First Amended Complaint, Defendants admit the documents say what they say.

16. As to paragraph 16 of the First Amended Complaint, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations.

17. Paragraph 17 of the First Amended Complaint is denied.

18. As to paragraph 18 of the First Amended Complaint, Defendants admit that certain payments have not been made.

19. As to paragraph 19 of the First Amended Complaint, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations.

20. Paragraph 20 of the First Amended Complaint is denied.

21. As to paragraph 21 of the First Amended Complaint, Defendants admit the documents say what they say.

22. As to paragraph 22 of the First Amended Complaint, Defendants admit the documents say what they say.

23. Paragraph 23 of the First Amended Complaint is denied.

24. As to paragraph 24 of the First Amended Complaint, Defendants admit the documents say what they say.

25. As to paragraph 25 of the First Amended Complaint, Defendants admit that certain payments have not been made.

## CLAIM FOR RELIEF

26. As to paragraph 26 of the First Amended Complaint, no response is required.

27. As to paragraph 27 of the First Amended Complaint, a legal conclusion is alleged and therefore no response is required.

28. As to paragraph 28 of the First Amended Complaint, a legal conclusion is alleged and therefore no response is required.

29. As to paragraph 29 of the First Amended Complaint, a legal conclusion is alleged and therefore no response is required.

30. As to paragraph 30 of the First Amended Complaint, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations.

31. As to paragraph 31 of the First Amended Complaint, no response is required.

32. As to paragraph 32 of the First Amended Complaint, a legal conclusion is alleged and therefore no response is required.

33. As to paragraph 33 of the First Amended Complaint, a legal conclusion is alleged and therefore no response is required.

34. As to paragraph 34 of the First Amended Complaint, a legal conclusion is alleged and therefore no response is required.

35. As to paragraph 35 of the First Amended Complaint, Defendants admit that certain payments have not been made.

36. As to paragraph 36 of the First Amended Complaint, a legal conclusion is alleged and therefore no response is required.

37. As to paragraph 37 of the First Amended Complaint, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations.

38. As to paragraph 38 of the First Amended Complaint, a legal conclusion is alleged and therefore no response is required.

39. As to paragraph 39 of the First Amended Complaint, no response is required.

40. As to paragraph 40 of the First Amended Complaint, Defendants admit the documents say what they say.

41. As to paragraph 41 of the First Amended Complaint, a legal conclusion is alleged and therefore no response is required.

42. Defendants deny the allegations and the specific relief requested in thew Prayer in the First Amended Complaint.

### **DEFENSES**

43. Plaintiff's claims are barred in whole or in part because of Plaintiff's fraud.

44. Plaintiff's claims are barred in whole or in part because of Plaintiff's fraudulent inducement.

45. Plaintiff's claims are barred in whole or in part because of Plaintiff's misrepresentations.

46. Plaintiff's claims are barred in whole or in part because of Plaintiff's own actions or omissions.

47. Plaintiff's claims are barred in whole or in part because of Plaintiff's unclean hands.

## JURY DEMAND

Defendants demand a trial by jury on all issues so triable.

**Dated**: July 19, 2023

Respectfully submitted,

*/s/ Jose M. Portela*

Jose Portela
Texas Bar No. 90001241
Beckham Portela
3400 Carlisle, Suite 550
Dallas, Texas 75204
214-965-9300 Telephone
214-965-9301 Facsimile
jose@bptriallaw.com

**ATTORNEY FOR ZTAR MOBILE, INC. AND KEVIN T. HADDAD**

## CERTIFICATE OF SERVICE

The undersigned Counsel hereby certifies that the foregoing has been served via ECF and as indicated below on July 19, 2023:

| | |
|---|---|
| Tricia W. Macaluso<br>Jaclyn Gallian<br>2200 Ross Ave., Suite 4200w<br>Dallas, Texas 75201<br>(214) 721-8000 (Telephone)<br>(214) 721-8100 (Facsimile) | Via ECF: tricia.macaluso@bclplaw.com<br>Via ECF: jaclyn.gallian@bclplaw.com |
| Kyle S. Hirsch<br>Two North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004<br>(602) 364-7000 (Telephone)<br>(602) 364-7070 (Facsimile) | Via ECF: kyle.hirsch@bclplaw.com |

ATTORNEYS FOR PLAINTIFF BANK OF AMERICA, N.A.

*/s/ Jose M. Portela*
Jose Portela

I:\Ztar\BoA\Working Documents\2023-07-19 Defs Answer.docx

**DEFENDANTS' ORIGINAL ANSWER**                                              **PAGE 6**