IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Bank of America, N.A. v. Ztar Mobile, Inc., et al.**

2. Civil action number: **3:23-cv-00826-BN**

3. Nature of the suit: **contract**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **June 12, 2024**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services  ☐ Settled, in part, as a result of ADR

   **X** Settled as a result of ADR  ☐ Parties were unable to reach a settlement

7. What was your TOTAL fee: **$8,500.00**

8. Duration of ADR: **eight (8) hours** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, Texas 75225
    Phone: (214) 744-5267


    */s/ Jeff Kaplan*                                          June 13, 2024
    Signature

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Kyle S. Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004
Phone: (602) 364-7000
Counsel for Plaintiff

Jose M. Portela
Beckham Portela
3400 Carlisle Street, Suite 550
Dallas, Texas 75204
Phone: (214) 965-9300
Counsel for Defendants


John Clarke, with Plaintiff
Kevin Haddad, with Defendants
David Wilkie, with Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2024, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Texas.

*/s/ Katie Blume*
_____
Case Manager