UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:23-CV-826 |
| ZTAR MOBILE, INC. AND KEVIN T. HADDAD, | § § § § | |
| Defendants. | § § | |

## JOINT STATUS REPORT

Plaintiff Bank of America, N.A. and Defendants Ztar Mobile, Inc. and Kevin T. Haddad jointly submit this status report.

As reflected in the *Alternative Dispute Resolution Summary* [Docket Entry No. 46], on June 12, 2024, the parties participated in mediation which resulted in a negotiated resolution of this case that contemplates filing a joint motion to dismiss this lawsuit with prejudice, but asking the Court to retain jurisdiction to enforce the terms of settlement. Per the parties' agreement reached at the mediation, such motion is to be filed after execution of the final settlement documents and payment of an initial settlement payment. The parties, through their counsel, have been diligently working to finalize the settlement and have exchanged multiple drafts of a final settlement agreement and related agreed judgment and continue to work diligently towards finalizing such agreement.

The parties anticipate that they will finalize these documents within the next 30 days and file a motion for dismissal within the next 60 days.

Dated: July 19, 2024 Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Kyle S. Hirsch*
Kyle S. Hirsch
Texas Bar No. 24117262
Gregory B. Iannelli
Arizona Bar No. 026549
2200 Ross Ave., Suite 4200 W
Dallas, Texas 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
kyle.hirsch@bclplaw.com
greg.iannelli@bclplaw.com

**ATTORNEYS FOR PLAINTIFF BANK OF AMERICA, N.A.**

*/s/ Jose M. Portela*
Jose M. Portela
State Bar No. 90001241
jose@bptriallaw.com
BECKHAM PORTELA
3400 Carlisle, Suite 550
Dallas, Texas 75204
T: 214-965-9300 | F: 214- 965-9301

***COUNSEL FOR DEFENDANTS***