UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-826 |
| | § | |
| **ZTAR MOBILE, INC. AND** | § | |
| **KEVIN T. HADDAD,** | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS' REQUEST FOR HEARING ON PLAINTIFF'S
MOTION TO ENFORCE SETTLEMENT [DOC. 61]**

Pursuant to [Doc. No. 63], the Court's Order Denying Motion as Moot and Setting Briefing Schedule, Defendants Ztar Mobile, Inc. ("Ztar") and Kevin T. Haddad ("Haddad") (Ztar and Haddad referred to collectively as "Defendants") file this Request for Hearing on Plaintiff Bank of America, N.A.'s ("Plaintiff's") Motion to Enforce Settlement ("Motion").

**REQUEST FOR HEARING**

1.      As demonstrated by the exhibits filed in support of the parties' pleadings, the prior dealings between the parties are extensive. Defendants believe that the Court and the parties would benefit from a hearing on Plaintiff's Motion so that the parties will be able to streamline the arguments and evidence presented to the Court in a more efficient manner than was required by the pleadings and minimize the Court's need to review numerous agreements and communications.

2.      Setting Plaintiff's Motion for hearing will provide the parties with the opportunity to simplify the issues before the Court and materially aid the decisional process in this case.

## PRAYER

Defendants respectfully pray that the Court set a hearing on Plaintiff Bank of America, N.A.'s Motion to Enforce Settlement; that after hearing, all relief requested in Plaintiff's Motion be denied; and for such other and further relief to which the Defendants may be entitled.

**Dated**: December 3, 2024

                                  Respectfully submitted,

                                  */s/ Jose M. Portela*
                                  Jose Portela
                                  Texas Bar No. 90001241
                                  jose@bptriallaw.com
                                  Matthew J. McGowan
                                  Texas Bar No. 24098077.
                                  matthew@bptriallaw.com
                                  BECKHAM PORTELA
                                  3400 Carlisle, Suite 550
                                  Dallas, Texas 75204
                                  214-965-9300 Telephone
                                  214-965-9301 Facsimile

                                  **ATTORNEYS FOR ZTAR MOBILE, INC. AND KEVIN T. HADDAD**

## CERTIFICATE OF SERVICE

The undersigned Counsel hereby certifies that the foregoing has been served via ECF and as indicated below on December 3, 2024.

Kyle S. Hirsch                                   Via ECF: kyle.hirsch@bclplaw.com
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004
(602) 364-7000 (Telephone)
(602) 364-7070 (Facsimile)

ATTORNEYS FOR PLAINTIFF BANK OF
AMERICA, N.A.

                                  */s/ Jose M. Portela*
                                  Jose Portela