IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | § § § | |
| Plaintiff, | § § | |
| V. | § | No. 3:23-cv-826-BN |
| ZTAR MOBILE, INC. and KEVIN T. HADDAD, LLC, | § § § § | |
| Defendants. | § | |

## **JUDGMENT**

For the reasons explained in the memorandum opinion and order entered on February 27, 2025 and the memorandum opinion and order entered on November 6, 2025, it is ORDERED, ADJUDGED, and DECREED that

- Plaintiff Bank of America, N.A.'s motion to enforce settlement [Dkt. No. 61] is DENIED;

- Defendants Ztar Mobile, Inc. and Kevin T. Haddad's motion to strike [Dkt. No. 85] is DENIED and their remaining objections to Plaintiff's summary judgment evidence [Dkt. Nos. 85 & 86] are OVERRULED; and

- Plaintiff's motions for summary judgment [Dkt. Nos. 41 & 81] are GRANTED to the extent that Plaintiff is AWARDED $7,141,290.14 in damages, an amount that does not include Plaintiff's attorneys' fees and costs.

Post-judgment interest shall accrue on this total after entry of judgment in accordance with 28 U.S.C. § 1961.

And Plaintiff may pursue its attorneys' fees and costs after entry of judgment.

SIGNED: November 6, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE